**Order entered December 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00426-CR

**JAVEON DEROID DALCOURZUBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F15-10957-J

# ORDER

The reporter's record was filed November 9, 2018. After reviewing the record, the Court notes that several exhibits are missing, specifically:

- State's Exhibit #14, labeled "DVD - Body Cam Video,"

- State's Exhibit #44, labeled "DVD – Interview at Childrens [sic] Medical Hospital,"

- State's Exhibit #47, labeled "DVD – Interview with Defendant, 12/23/15,"

- State's Exhibit #49, labeled "DVD – Interview with Defendant, 12/23/15,"

- State's Exhibit #60, labeled "CD – Children's Health Medical Records,"

- State's Exhibit #104, labeled "CD – Jail Calls."

We **ORDER** court reporter Kimberly Xavier to file a supplemental reporter's record containing true and correct playable copies of the State's Exhibits #14, #44, #47, #49, #60, and #104 within **FOURTEEN DAYS OF THE DATE OF THIS ORDER**.


/s/    LANA MYERS
        JUSTICE